
1  DENISE M. MINGRONE (SBN 135224)
   dmingrone@orrick.com
2  JONATHAN J LIU (SBN 328955)
   jonathanliu@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA  94025-1015
   Telephone:     +1 650 614 7400
5  Facsimile:     +1 650 614 7401

6  ERIN M. B. LEACH (SBN 308347)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  2050 Main Street, Suite 1100
   Irvine, CA 92614-8255
8  Telephone: +1 949 567 6700
   Facsimile: +1 949 567 6710
9
   Attorneys for Plaintiff
10 SYNOPSYS, INC.

STEVEN C. VONDRAN (SBN 232337)
steve@vondranlegal.com
THE LAW OFFICES OF STEVEN C. VONDRAN, PC
401 Wilshire Blvd, 12th Floor
Santa Monica, CA 90401
Telephone:     877-276-5084
Facsimile:     888-551-2252

Attorneys for Defendant
DOLPHIN TECHNOLOGY, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLPHIN TECHNOLOGY, INC., and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:21-cv-06207-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
Silicon Valley

JOINT STIPULATION AND [PROPOSED] ORDER RE:
CONTINUING FURTHER CASE MANAGEMENT
CONFERENCE
Case No. 3:21-cv-06207-EMC

**STIPULATION**

The parties hereby jointly request that the Court continue the further Case Management Conference set for May 31, 2022 for 30 days, to June 30 or the next available Case Management Conference date thereafter.

The parties had anticipated resolving this matter by May 31, 2022, however, an unforeseen delay prevented a speedy process when Synopsys' forensic expert was delayed in travelling to Dolphin Technology's Vietnam site due to Covid restrictions. The forensic imaging and inspection were therefore only just completed there, and the results are being processed. The parties therefore anticipate being in position to discuss the necessary licenses for Dolphin Technology's San Jose and Vietnam locations in the next weeks. Given that we continue to work cooperatively together and our progress thus far and in anticipation of further cooperation, the parties jointly request that the May 31, 2022 Case Management Conference, and all attendant due dates, be continued for 30 days to June 30, 2022 or the next available Case Management Conference date after June 30. Such continuance will allow the parties the time necessary to complete the forensics and negotiate the necessary licenses for both Dolphin Technology sites.

Dated:  May 16, 2022

By:  */s/ Denise M. Mingrone*
Denise M. Mingrone

Attorneys for Plaintiff
SYNOPSYS, INC.

Dated:  May 16, 2022

By:  */s/ Steven C. Vondran*
Steven C. Vondran

Attorneys for Defendant,
DOLPHIN TECHNOLOGY, INC.

CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  May 16, 2022     By:  */s/ Denise M. Mingrone*
Denise M. Mingrone

**[PROPOSED] ORDER**

Pursuant to stipulation, the Court hereby continues the parties' Case Management Conference for 30 days to the next available Case Management Conference date after June 30.

The Case Management Conference on May 31, 2022 is hereby vacated and the parties shall appear on _____ for a further Case Management Conference, if a dismissal is not filed beforehand. In that event, the parties shall submit a joint Case Management Conference Statement on _____.

IT IS SO ORDERED.

Dated:_____

HONORABLE EDWARD M. CHEN
United States District Judge

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SILICON VALLEY

4126-3427-7176.2

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER RE: CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. 3:21-CV-06207-EMC